IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE CONSTITUTION PARTY OF
NEW MEXICO,

        Plaintiff,

v.                                                         No.: 1:12-CV-00325 KG/WPL

DIANNA J. DURAN, in her official capacity
as New Mexico Secretary of State,

        Defendant.


**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

This matter is before the Court on Plaintiff's unopposed request that the time within which Plaintiff may apply for fees under 42 USC Sec. 1988 be extended until June 1, 2014.

Having considered Plaintiff's unopposed motion, the Court orders that the time within which Plaintiff may apply for fees is hereby extended until June 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ John W. Boyd
Attorney for Plaintiff

APPROVED AS TO FORM:

/s/ Nicholas Sydow
Attorney for Defendant